IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 16-00027-01-CR-W-BP |
| | ) | |
| KEITH R. HARDIN, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 2, 2016, the Grand Jury returned a one count Indictment charging that on or about January 15, 2016, said date being approximate, in the Western District of Missouri, the defendant KEITH R. HARDIN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Cobra .380 caliber semi-automatic handgun, bearing serial number FS044385, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) *OR* 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government:  Bruce Rhoades
  Case Agent:   No case agent will be seated with government counsel.
  Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**:

| 03/30/2016 | 21 | MOTION to suppress by Keith R. Hardin. Suggestions in opposition/response due by 4/18/2016 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 03/30/2016) |
|---|---|---|
| 09/08/2016 | 30 | REPORT AND RECOMMENDATION as to Keith R. Hardin re 21 MOTION to suppress. Objections to R&R due by 9/26/2016. Signed on 9/8/2016 by Magistrate Judge Sarah W. Hays. (Bliss, Sue) (Entered: 09/08/2016) |
| 09/26/2016 | 33 | OBJECTION TO REPORT AND RECOMMENDATIONS 30 by Keith R. Hardin (Holloman-Hughes, Ronna) (Entered: 09/26/2016) |

The Report and Recommendation was adopted on October 13, 2016.
During the conference on October 11, 2016, the Court denied defendant's request for new counsel, doc. ## 35 and 36.

1

**TRIAL WITNESSES**:
    Government:   5 with stipulations; 6   without stipulations
    Defendants:     1 witnesses in addition to  the defendant

**TRIAL EXHIBITS**
    Government: 3 exhibits
    Defendant:   2  exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1 – 1 ½   days**
    Government's case including jury selection:   1 day
    Defense case: several hours at the most

**STIPULATIONS**: Government counsel will propose a stipulation on defendant's criminal history.

**UNUSUAL QUESTIONS OF LAW:** Defense counsel will make a proffer that the gun was inoperable. Government counsel will oppose this proffer.

**FILING DEADLINES:**
    **Witness and Exhibit List**
 Neither counsel had complied with the deadlines in the Court's Standing Order for Criminal Cases, incorporated into the Trial Order, doc. # 20. Accordingly, counsel were directed to file witness and exhibits lists no later than Friday October 14, 2016.
 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, October 19, 2016.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** None anticipated.

**TRIAL SETTING**: Criminal jury trial docket set for October 24, 2016.
    **Please note:** Counsel request the second week of the docket due to witness availability issues.

**IT IS SO ORDERED.**

                        */s/ Sarah W. Hays*
                        SARAH W. HAYS
                        United States Magistrate Judge